Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Plaintiff/Appellant Angelina C. Chavez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelina C. Chavez,<br><br>             Plaintiff/Appellant,<br><br>      v.<br><br>Bank of America<br><br>             Defendants | Case No.:  2:09-cv-02538-FCD-EFB<br><br>ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO REQUEST OF PLAINTIFF/APPELLANT |

    Plaintiff/Appellant Angelina C. Chavez by and through her attorney of record does submit this Motion to Dismiss her Appeal action from the United States Bankruptcy Court Eastern District of California to the United States District Court Eastern District, case number referenced above, with prejudice.

    WHEREAS, Plaintiff/Appellant has chosen to withdraw her underlying Adversary Proceeding in Bankruptcy effective November 6, 2009.

    IT IS HEREBY requested by the Plaintiff/Appellant that this appeal case be dismissed with prejudice.

    GOOD CAUSE  appearing therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.

Dated:  January 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE